UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GILBERTO DIAZ,<br><br>                        Plaintiff,<br><br>            -against-<br><br>THE NEW YORK STATE COMMITTED A CRIME AGAINST THE UNITED STATES OR AGAINST THE CITIZEN OF THE UNITED STATES,<br><br>                      Defendant. | 23-CV-3215 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the June 7, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   June 7, 2023
           New York, New York

                                                    /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                          Chief United States District Judge